1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ODELL DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>FIDENCIO N. GUZMAN, Acting Warden of Centinela State Prison,<br><br>    Respondent. | Case No. 2:22-cv-07306 JWH (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court hereby **ORDERS** as follows:

1. The findings and recommendations set forth in the Report are **ACCEPTED**.
2. Accordingly, the First Amended Petition is **DENIED**.
3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: October 31, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE