JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY ODELL DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>FIDENCIO N. GUZMAN, Acting Warden of Centinela State Prison,<br><br>    Respondent. | Case No. 2:22-cv-07306 JWH (KS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED:   October 31, 2024

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE